**Order filed, June 25, 2014.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-14-00440-CR
_____

## EX PARTE VIDAL  ALEXANDER REYES, Appellant

---

**On Appeal from the County Criminal Court at Law No 10
Harris County, Texas
Trial Court Cause No. 1946698**

---

## ORDER

The reporter's record in this case was due **June 12, 2014**. *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record. The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Bonnie Rodriguez**, the substitute court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM